CHRISTOPHULUS *et al. v.* GEORGIA PUBLIC SERVICE CORPORATION.

EVANS, P. J.  The case is controlled by the rulings made in *Union Dry Goods Company* v. *Georgia Public Service Corporation*, ante.
*Judgment affirmed.  All the Justices concur, except Fish, C. J., absent.*
          DECEMBER 17, 1914.  REHEARING DENIED JANUARY 18, 1915.

Petition for injunction.  Before Judge Mathews.  Bibb superior court.  May 26, 1914.

*W. D. McNeil* and *Wallace Miller,* for plaintiffs.
*Guerry & Son,* for defendant.